MARCH 11, 1953

No. 57154.—SUIT 4737.—United States *v.* Mussman & Shafer, Inc. C. D. 1367 affirmed January 14, 1953. C. A. D. 506.

MARCH 12, 1953

No. 57155.—SUIT 4767.—United States *v.* Kung Chen Fur Corp. C. D. 1480. (Appeal dismissed March 6, 1953.)